**DENIED**
**The summons was served more than 10 days after it**
**was  issued in violation of Bankruptcy Rule**
**7004(e).  The Plaintiff must request the issuance**
**of  a new summons and re-serve it timely.**



**THOMAS J. CATLIOTA**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** | Michael N Amobi | * | Chapter 7 |
| | | * | |
| | Debtor. | * | Case No. 08-13680 |
| | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Serve: Adam M. Freiman     *
       Sirody, Freiman & Feldman, PC   *
       1777 Reisterstown Road, Suite 360E *
       Baltimore, MD 21208     *     Adversary Case No. 08-00661

       Plaintiff,     *

v.     Enterprise Rent A Car     *
       PO Box 7327     *
,   Gaithersburg, MD 20878     *
Serve:     *
    *
       Enterprise Rent A Car     *
       205 Embassy Square Blvd     *
       Louiseville, KY 40229     *
    *
       Resident Agent     *
       Corporation Trust Incorporated     *
       300 E Lombard Street     *
       Baltimore, MD 21202     *
    *
       Defendant.     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DEFAULT JUDGMENT
## TO COMPEL TURNOVER OF DEBTOR PROPERTY

UPON CONSIDERATION of the Debtor/Plaintiff's *Second Amended Motion for Entry Of Default Judgment*, and any response thereto, and for cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that the Debtor's *Second Amended Motion For Entry Of Default Judgment*, be and hereby is, GRANTED, and it is further

ORDERED that the Defendant, Enterprise Rent a Car, immediately release to the Plaintiff/Debtor, Debtor's Preferentially Transferred Funds in the amount of $907.22.

IT IS SO ORDERED.

cc:
U.S. Trustee
Debtor's Attorney
Defendant's Attorney
Trustee
Defendant



**END OF ORDER**

**2 of 2**